**FILED**
**JUL 1 3 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTHA RUTH SMITH, )
)
       Plaintiff, )
) Case: 1:15-cv-01106
v. ) Assigned To : Unassigned
) Assign. Date : 7/13/2015
KAREN AND EDDIE NEWTON, ) Description: Pro Se Gen. Civil F Deck
)
       Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The application will be granted, and the complaint will be dismissed.

The plaintiff's complaint describes events which apparently culminated in legal proceedings in the state courts in Louisiana to terminate her parental rights. Among other relief, the plaintiff requests that "all [her] children . . . be returned safely back in [her] care." Compl. at 21 (page number designated by the Court).

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). It does not appear that the plaintiff's claims arise under the United States Constitution or federal law. Because the complaint does not demand damages and because all the parties appear to reside in the same state, the plaintiff does not demonstrate diversity of citizenship. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

DATE:

7/9/15

_____
United States District Judge